## First Department, July, 1937.
### (July 1, 1937.)

The People of the State of New York, Respondent, v. John J. Hassett, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Brick Realty Corporation, Appellant, v. Title Guarantee and Trust Company, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to reverse and direct judgment for the plaintiff in the sum of $1,150, with interest from July 18, 1935.

In the Matter of the Application of West Publishing Company, Petitioner, for a Certiorari Order against Frank J. Taylor, as Comptroller of the City of New York, Respondent.— Order of certiorari sustained and determination of the comptroller of the city of New York, in so far as it held that the tax was applicable, annulled, with fifty dollars costs and disbursements to the petitioner. (See *Matter of National Cash Register Co.* v. *Taylor*, 252 App. Div. 90, decided herewith.) Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to confirm the determination and dismiss the order of certiorari for the reasons given in the dissenting opinion in *Matter of National Cash Register Co.* v. *Taylor* (252 App. Div. 90, 93), herewith handed down. Settle order on notice.

In the Matter of the Application of Max Brown.— Motion denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Joseph R. Clevenger.— Motion denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of John B. Coppola, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Julius A. Fosburg.— Motion denied. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Morris Pierce Paley.— Motion denied. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of Eugene L. Parodi.— Motion denied. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

In the Matter of Ruth Whitehead Whaley, an Attorney.— Motion granted. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of J. Earle Williams, an Attorney.— Motion granted. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Charles J. Pickett and Others against The Board of Education of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Arbitration between Eugene H. Lehman and Harry Smolensky.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.